UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS GESUALDI, LOUIS BISIGNANO,
ANTHONY D'AQUILA, MICHAEL
O'TOOLE, FRANK H. FINKEL, JOSEPH
A. FERRARA, SR., MARC HERBST,
MICHAEL BOURGAL, DENISE
RICHARDSON and THOMAS CORBETT,
as Trustee and Fiduciaries of the Local 282
Welfare Trust Fund, Local 282 Pension Trust
Fund, the Local 282 Annuity Trust Fund, the
Local 282 Job Training Trust Fund, and the
Local 282 Vacation and Sick Leave Trust Fund,

        Plaintiffs,

      14 CIV 7852 (PKC)

 -against-

**DEFAULT JUDGMENT**

DeMICCO BROTHERS, INC., a/k/a
DeMICCO BROS., INC. a/k/a De MICCO
BROTHERS INC.,
        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2015

  On February 11, 2015, this Court having issued an order directing defendant DeMicco Brothers, Inc. ("DeMicco") to show cause as to why default judgment should not be entered against it; the Court having directed DeMicco to file papers in opposition no later than February 25, 2015, and DeMicco having made no such submissions, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on April 1, 2015, having issued its Order, entering default judgment against DeMicco, and directing the Clerk to enter judgment in favor of the plaintiffs against defendant DeMicco as follows:

-  $400,513 in favor of the plaintiffs for damages on withdrawal liability;

-  $144,379.81 in favor of the plaintiffs for interest on DeMicco's withdrawal liability;

-  $144,379.81 in favor of the plaintiffs for liquidated damages on DeMicco's

   withdrawal liability;

- $453,036.82 in favor of the plaintiffs for damages on Demicco's failure to make required payments to the funds;

- $518,321.70 in favor of the plaintiffs for interest on DeMicco's failure to make required payments to the funds;

- $518,321.70 in favor of the plaintiffs for liquidated damages on DeMicco's failure to make required payments to the funds;

- $29,001.25 in favor of plaintiffs in attorneys' fees;

- $602.80 in costs; and

- $21,613 in audit expenses; it is,

**ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 1, 2015, judgment is hereby entered in favor of the plaintiffs against defendant DeMicco as follows:

- $400,513 in favor of the plaintiffs for damages on withdrawal liability;

- $144,379.81 in favor of the plaintiffs for interest on DeMicco's withdrawal liability;

- $144,379.81 in favor of the plaintiffs for liquidated damages on DeMicco's withdrawal liability;

- $453,036.82 in favor of the plaintiffs for damages on Demicco's failure to make required payments to the funds;

- $518,321.70 in favor of the plaintiffs for interest on DeMicco's failure to make required payments to the funds;

- $518,321.70 in favor of the plaintiffs for liquidated damages on DeMicco's failure to make required payments to the funds;

- $29,001.25 in favor of plaintiffs in attorneys' fees;

- $602.80 in costs; and

- $21,613 in audit expenses;

totaling $2,230169.89 accordingly, the case is closed.

**DATED** : New York, New York
April 2, 2015

            RUBY J. KRAJICK
            Clerk of Court

           By: _____
            Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____